AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RFM DEPUTY

UNITED STATES OF AMERICA

v.

ALBERTO CHACON-GUERRERO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2373-BEN

I, ALBERTO CHACON-GUERRERO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Alberto Chacon Guerrero
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer